No. 22-5438

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Jun 2, 2022
DEBORAH S. HUNT, Clerk
```

JACOB BRADLEY, aka Jack Bradley, et al.,  )
                                          )
    Plaintiffs-Appellants,                )
                                          )
v.                                        )     O R D E R
                                          )
JEFFERSON COUNTY, KY PUBLIC SCHOOLS,      )
et al.,                                   )
                                          )
    Defendants-Appellees.                 )

Plaintiffs Jacob Bradley and his parents Daniel and Judith Bradley appeal the district court's orders dismissing their claims against Defendants Jefferson County, Kentucky Public Schools ("JCPS"), the Kentucky Department of Education, and Morehead State University alleging violations of the Individuals with Disabilities Education Act and further alleging violations of the Due Process Clause, Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, and 42 U.S.C. § 1983. An initial review of the district court docket sheet suggests an issue of appellate jurisdiction.

The court has jurisdiction over appeals from final judgments of the district courts. *See* 28 U.S.C. § 1291. A decision is deemed final for § 1291 purposes "when it 'ends the litigation on the merits and leaves nothing for the court to do but execute the judgment.'" *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 617 (6th Cir. 2002) (quoting *Catlin v. United States*, 324 U.S. 229, 233 (1945)). Here, JCPS's counter claims, cross claims, and third-party complaint appear to remain pending before the district court.

No. 22-5438
-2-

It is therefore **ORDERED** that Plaintiffs **SHOW CAUSE**, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for lack of jurisdiction. Following receipt of the response or the expiration of the 14-day response period, whichever occurs first, Defendants have fourteen (14) days in which to file a reply. Thereafter, the issue will be referred to the court for disposition.

                    ENTERED PURSUANT TO RULE 45(a)
                    RULES OF THE SIXTH CIRCUIT

                    Deborah S. Hunt, Clerk