No. 22-5438

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JACOB BRADLEY, aka Jack Bradley, et al., ) | |
| ) | |
| Plaintiffs-Appellants, ) | |
| ) | |
| v. ) | RESPONSE TO SHOW CAUSE |
| ) | ORDER |
| JEFFERSON COUNTY, KY PUBLIC SCHOOLS, ) | |
| et al., ) | |
| ) | |
| Defendants-Appellees ) | |

Come now the Plaintiffs-Appellants, by and through counsel and hereby offer their Response to the Court's Show Cause Order. The Plaintiffs concede that the district court's orders about which they bring this appeal did not indicate that it was a final and appealable order. The Plaintiffs also concede that Defendant-Appellee Jefferson County, KY Public Schools (hereinafter "JCPS") have counterclaims, cross claims and third-party complaint still pending before the district court. However, all of the Plaintiffs' claims brought before the district court have been dismissed and concluded. The Plaintiffs construed the court's dismissal of all of their claims as ending their litigation on the merits pursuant to 28 U.S.C. § 1291 and *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 617 (6th Cir. 2002).

Essentially, the court's ruling dismissing the Plaintiffs-Appellants claims, renders all of the claims of JCPS moot. In its counter claim, cross claim and third-party complaint, JCPS

challenges findings of the Exceptional Children's Appeals Board (hereinafter "ECAB") which failed "expressly state it was dismissing this claim against JCPS." (see Attached Exhibit A). The district court's dismissal of all claims against JCPS and other Defendants-Appellees, essentially makes that statement for the ECAB, thus rendering that issue moot.

Likewise, JCPS challenges the "ECAB's decision to the extent it reversed the dismissal of the claims against JCPS" and seeks the district court to "dismiss all claims against JCPS," which the district court did, again, rendering that issue moot. (see Attached Exhibit A).

Because the Plaintiffs-Appellants interpreted the dismissal of all of their claims as a final resolution of the issues at hand, and out of an abundance of caution with the time limits for an appeal, the Plaintiffs-Appellants filed their notice during the requisite period. If this honorable Court deems that filing to be pre-mature, the Plaintiffs-Appellants respectfully pray for leave to withdraw their appeal without prejudice.

Respectfully submitted,

/s/ Marianne S. Chevalier
Marianne S. Chevalier
2216 Dixie Highway, Suite 202
Ft. Mitchell, KY 41017
Phone: (859) 581-3030
mchevalier@lawcg.com

Certification

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court, which will send an electronic copy to all counsel of record on this 16th day of June, 2022. An email copy was also sent to all counsel of record on this date.

/s/ Marianne S. Chevalier
Marianne S. Chevalier